

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2024

No. 04-23-01040-CV

**IN RE LETICIA LOZANO**

Original Mandamus Proceeding[1]

**ORDER**

On December 1, 2023, relator filed a petition for writ of habeas corpus. The real party in interest filed a response, but the respondent did not. We CONDITIONALLY GRANT the petition for writ of habeas corpus and ORDER the Honorable Mary Lou Alvarez to, within 15 days of this order, vacate the Order for Writ of Capias and Setting of Bond signed on December 1, 2023. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order.

We further ORDER the chief deputy clerk of this court to: (1) send a copy of this opinion and order to the Sheriff of Bexar County so the Sheriff may personally serve the same on Judge Mary Lou Alvarez; and (2) serve a copy of this opinion and order on Judge Mary Lou Alvarez by first-class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only.

It is so **ORDERED** on June 20, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.